**Eloy VALDES, Plaintiff–Appellee,**

v.

**MIAMI–DADE COUNTY,
et al., Defendants,**

**Daniel Puerto, Defendant–Appellant.**

No. 13–14810
Oral Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 25, 2014.

Michael Miro Garcia Petit, Law Office of Michael Garcia Petit, PA, Miramar, FL, for Plaintiff–Appellee.

Ezra Saul Greenberg, Bernard Pastor, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

On interlocutory appeal from denial of qualified immunity, the decision of the district court denying defendant's motion to dismiss, except Counts 15 and 16, is affirmed on the reasoning in the thorough Report and Recommendation by the magistrate judge, issued on June 14, 2013, and the Order Adopting Magistrate's Report and Recommendation, issued by the district judge on September 27, 2013.

**AFFIRMED.**